BARD-PARKER Co., INC., Respondent, v. SOLOMON AXELRAD and Others, Defend-

ants. GEORGE H. RINGLER, Appellant.— Order granting plaintiff's motion to continue temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Seeger, JJ., concur.